**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on May 5, 2015**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **GRAND JURY ORIGINAL** |
| | : | |
| **NED MCCALLISTER,** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 1951** |
| **Defendant.** | : | **(Interference with Interstate Commerce** |
| | : | **by Robbery)** |
| | : | **18 U.S.C. § 924(c)(1)** |
| | : | **(Using, Carrying, and Possessing a** |
| | : | **Firearm in Furtherance of a Crime of** |
| | : | **Violence)** |
| | : | |
| | : | **FORFEITURE: 18 U.S.C. § 981(a)(1)(C)** |
| | : | **18 U.S.C. § 924(d); 21 U.S.C. § 853(p); and** |
| | : | **28 U.S.C. § 2461(c)** |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about October 26, 2015, in the District of Columbia, the defendant, **NED MCCALLISTER**, did unlawfully attempt to obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that defendant **NED MCCALLISTER**, did unlawfully attempt to take and obtain personal property consisting of property belonging to the "Morris Miller Wine & Liquor" store located at 7804 Alaska Avenue, Northwest, Washington, D.C., from the presence of an employee against his will by means of actual and threatened force, violence, and fear of

injury, immediate and future, to his person, while the employee was engaged in commercial activities as an employee of "Morris Miller Wine & Liquor" store, a business that was engaged in and that affects interstate commerce.

(**Interference With Interstate Commerce By Robbery**, in violation of Title 18, United States Code, Section 1951)

## COUNT TWO

On or about October 26, 2015, within the District of Columbia, **NED MCCALLISTER**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a crime of violence, for which he may be prosecuted in a court of the United States, that is Count One of this Indictment which is incorporated herein, a Taurus .38 special revolver.

(**Using, Carrying, and Possessing a Firearm In Furtherance of a Crime of Violence**, in violation of Title 18, United States Code, Sections 924(c)(1))

## FORFEITURE ALLEGATION

1.      Upon conviction of the offense alleged in Count One, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including a Taurus .38 special revolver and ammunition.

2.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a)      cannot be located upon the exercise of due diligence;

(b)      has been transferred or sold to, or deposited with, a third party;

(c)      has been placed beyond the jurisdiction of the Court;

(d)      has been substantially diminished in value; or

(e)     has been commingled with other property that cannot be divided without

difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the

value of the property described above, pursuant to 21 U.S.C. § 853(p).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461)

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia